# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

133313

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ADRIENNE ROBERTS,
      Plaintiff-Appellant,

v

                                      SC: 133313
                                      COA: 269414

DETROIT PUBLIC SCHOOLS, DETROIT
BOARD OF EDUCATION, DR. KENNETH
BURNLEY, DR. KAY E. ROYSTER, and CURT
N. SAWYER,
             Defendants-Appellees.

Wayne CC: 04-401641-CK

_____/

On order of the Court, the application for leave to appeal the January 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

t0723